IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WAYNE D. ROBERTS;<br>TERESA L. ROBERTS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:04-CV-135(WLS) |
| | : | |
| SONNY PERDUE; JAMES E. DONALD;<br>WILLIAM AMIDEO; KEVIN ROBERTS;<br>GEORGE LASTER; EMMETT<br>GRISWALD; CHRISTINE CROSS, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

Plaintiffs[1] have filed several motions in this § 1983 action in which they are proceeding *pro se*. These motions will be addressed in their order of filing in this order.

**1. Motion to Tender $50.00 to Assist in Proceeding In Forma Pauperis**

Essentially the plaintiffs are asking that they be allowed to pay the civil filing fee in installments as contemplated by the Prison Litigation Reform Act. It is now noted that plaintiffs have paid the filing fee in full. At this time their motion is moot and the same is hereby **DENIED** for that reason.

**2. Motion to Compel the United States Magistrate Judge to "Define each of the Plaintiffs' Grounds" through "Facts and Federal Law," in his Report and Recommendation.**

The undersigned believes that the plaintiffs are asking for an analysis of their claims and a Report and Recommendation on their complaint. Inasmuch as the Report and

---

[1] The undersigned recently recommended that Teresa L. Roberts be dismissed as a plaintiff herein. That recommendation is still pending.

Recommendation was recently entered in which it was recommended that Teresa Roberts be dismissed as a plaintiff and all of Wayne Roberts claims save one be dismissed, this motion is moot at this time and is **DENIED** for that reason.

*3. Motion to Tender Exhibit "C" to Plaintiffs' Teresa/Wayne Roberts 42 U.S.C. § 1983 Civil Action NO. 1:04-CV-135*

In this motion the plaintiffs are seeking to tender into evidence four photographs evidently taken at Lee State Prison showing the location at which Teresa Roberts delivered three bundles of plaintiff Wayne Roberts' legal materials to a female holding herself out to be an attorney and who represented to plaintiff Wayne Roberts that she could help him with a pending § 1983 action, a federal habeas corpus petition and what the plaintiffs called a "medical reprieve." It is noted that the photographs were attached to the motion and thus are contained in the file maintained by the Clerk of Court. However, inasmuch as the undersigned has recommended that the claims arising out of the plaintiffs being scammed or defrauded by this individual be dismissed, the photographs are totally lacking in relevance to the remaining claim. This motion is **DENIED** without prejudice to plaintiff's right to re-file same in the event that the District Judge to whom this matter has been assigned does not adopt the recommendation. Should this occur it will not be necessary for the plaintiff to re-file the photographs.

*4. Motion to Tender Exhibits "D" thru "J" to Plaintiffs' Teresa/Wayne Roberts "Pending" 42 U.S.C. §1983 Case No. 1:04-CV-135*

If the previously mentioned recommendation is adopted and made the order of the court plaintiff Wayne Roberts only remaining claim will be that of deliberate indifference to a serious medical need provided that he supplements that claim as ordered. It is also noted that the referred to exhibits were attached to the motion and therefore are contained in the record. These

exhibits however address claims that the undersigned recommended be dismissed and are thus lacking in relevance. For this reason this motion is also **DENIED** without prejudice to plaintiff's right to re-file same in the event the District Judge to whom this matter has been assigned does not adopt the recommendation. Should this occur it will not be necessary for the plaintiff to re-file the exhibits.

### 5.  *Motion by Teresa L. Roberts for the Appointment of Counsel*

As earlier noted it has been recommended that Teresa L. Roberts be dismissed as a plaintiff herein. This motion which appears to be a request for appointment of counsel for Teresa L. Roberts only. This motion is therefore **DENIED** without prejudice to her right to re-file same in the event that the recommendation dismissing her as a plaintiff is not adopted.

### 6. *Motion to Tender: "Federal Writ of Habeas Corpus (Case No. CV:103-059)" as Exhibit "K" to Show Plaintiff's "Actual Innocence"*

This is a civil action proceeding under 42 U.S.C. § 1983 wherein the plaintiff is seeking money damages for the alleged violation of certain of his constitutional rights. Wether the pending recommendation is adopted outright, denied in whole or adopted in part and rejected in part, plaintiff's petition for the writ of habeas corpus in which he maintains his actual innocence is of no relevance. It is again noted however that plaintiff's exhibit containing some 253 pages is contained within the Clerk of Court's file. Inasmuch as this exhibit has no relevance to plaintiff's § 1983 issues, the same is hereby **DENIED.**

### 7. *Motion to Tender Documents from 28 U.S.C. §2254 "Federal Writ" CV:103-059, as Exhibit "L"*

Plaintiff has moved to enter into evidence several documents from the above referenced case which was evidently filed in the Southern District of Georgia. Plaintiff appears to be of the

opinion that this will bolster his denial of access to the courts claim.  It has been recommended to the District Judge that the denial of access to the court claim be dismissed.  Therefore these documents are totally lacking in relevance and this motion is also **DENIED.**  As with plaintiff's other motions to tender documents, those documents are contained in the file maintained by the Clerk of Court.  Should the denial of access claim be revived by the District Judge plaintiff may re-file this motion without the necessity of re-filing the exhibit.

*8. Motion to Tender Exhibit "M" to Plaintiffs' Wayne/Teresa Roberts "Pending" Case 1:04-CV-135*

The materials sought to be tendered in this motion, in the opinion of plaintiffs, is linked to their claims of denial of access to the courts due to the acts of the female individual who fraudulently held herself out to be an attorney.  Again inasmuch as it has been recommended that this claim be dismissed these documents lack relevance and for that reason the motion is **DENIED** without prejudice to plaintiff's right to re-file  same in the event that the recommendation as to this claim is not adopted**.**  As stated earlier in this order, the tendered documents are contained in the file maintained by the. Clerk of Court.

*9. Motion fo Tender Documents from 28 U.S.C. § 2254 "Federal Writ" CV:103-059 as Exhibit "N"*

Although pertaining to different documents, this motion seeks to accomplish the same goal as was intended in plaintiff's motions to tender Exhibits L and M.  Therefore, for the reasons set out in paragraphs numbered 7 and 8 next above, this motion is likewise **DENIED** under the same conditions.

*10.  Motion to Expedite Clarification of Pending Case in Custody of a Pro-se Law Clerk until 09/14/05.*

Inasmuch as the undersigned has made his initial recommendation on plaintiff's original complaint, this motion has been rendered moot and is **DENIED** for that reason.

**SO ORDERED,** this 1st day of August 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE