**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| WAYNE D. ROBERTS and TERESA ROBERTS, :<br>　　Plaintiff, :<br>v. :<br>SONNY PERDUE, ET. AL., :<br>　　Defendant. : | 1:04-CV-135 (WLS) |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 19), filed July 21, 2005. It is recommended that Plaintiff Teresa Roberts' claims be dismissed for failure to state a claim and lack of standing. It is also recommended that Plaintiff Wayne Roberts' claim for denial of access to the courts be dismissed, his claim of endangerment be dismissed as required by the PLRA, his claim of retaliatory transfer be dismissed without prejudice, that all named Defendants be dismissed, and that his claim for deliberate indifference to medical needs be allowed to proceed. Further, it is recommended that Plaintiff Wayne Roberts supplement his complaint per the directions of the Magistrate Judge. Plaintiffs have filed a timely objection to the Report and Recommendation. (Tab 27).

In their objection, other than reiterating the claims contained in the complaint, claim the Magistrate Judge applied the wrong standard in determining whether Teresa Roberts' claims should proceed. They argue that the Magistrate Court improperly applied 28 U.S.C. § 1915(e)(2) to Teresa Robert's claims. A close reading of the Recommendation reveals that the Magistrate Judge stated that § 1915(e)(2) is the general standard of review for prisoner complaints, which is what this complaint is. Even so, the Magistrate Judge based his recommendation to dismiss Teresa Roberts' claims on her lack of standing and her failure to state a claim for which relief can be granted pursuant to Fed.R.Civ.Pro. 12(b)(6). As this

was proper, the Plaintiffs' objection (Tab 27) is **DENIED.**

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein.   Accordingly, Plaintiff Teresa Roberts's claims (Tab 4) are **DISMISSED**.  Further, the claims asserted by and Defendants named by Plaintiff Wayne Roberts as recommended by the Magistrate Judge (Tab 4) are **DISMISSED.**  Plaintiff Wayne Roberts' claim for deliberate indifference to medical needs shall proceed and Plaintiff is ordered to supplement his complaint as directed by the Magistrate Judge.

     SO ORDERED,  this  18th  day of January, 2006.

                                      /s/W. Louis Sands
                               **W. Louis Sands, Chief Judge**
                               **United States District Court**