**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| WAYNE D. ROBERTS and TERESA ROBERTS, | : : : |
| Plaintiff, | : : |
| v. | :  1:04-CV-135 (WLS) |
| SONNY PERDUE, ET. AL., | : : |
| Defendant. | : : |

## O R D E R

Before the Court is Plaintiffs' "Motion to Reconsider, or to [sic] the Alternative to Amend, and Make Additional Findings of Fact Under Rule 52(b) to Final Order Dated January 18, 2006 (Docket No. 29), With New Amended Claims for Relief, Fed.R.Civ.Pro, 15(a)." (Doc. 31). Plaintiffs have previously filed a notice of appeal. (Doc. 35). On July 21, 2005, United States Magistrate Judge Richard L. Hodge issued a Report and Recommendation (Doc. 19) recommending that Plaintiff Teresa Roberts' claims be dismissed for failure to state a claim and lack of standing. The Magistrate Judge also recommended that Plaintiff Wayne Roberts' claim for denial of access to the courts be dismissed, his claim of endangerment be dismissed as required by the PLRA, his claim of retaliatory transfer be dismissed without prejudice, that all named Defendants be dismissed, and that his claim for deliberate indifference to medical needs be allowed to proceed. Further, it is recommended that Plaintiff Wayne Roberts supplement his complaint per the directions of the Magistrate Judge. Plaintiffs filed a timely objection to the Report and Recommendation (Doc. 27) which was overruled. (Doc. 29). Since the filing of this motion, Plaintiff's proposed additional amendments, and the notice of appeal, the Magistrate Judge essentially addressed the issues raised in this motion and ordered Plaintiff to supplement his complaint in accordance with the previous Recommendation. (Doc. 32). The complaint has since been supplemented and served on the parties. (Docs. 38, 39).

This Court has reviewed the original complaint, the unresponsive supplements, the objections, this motion and Plaintiffs' other filings. The Court finds that the July 21, 2005, Recommendation of the Magistrate Judge was a correct statement of the law, that it was within the discretion of the Magistrate Judge to order supplementation of the complaint and certain claims, parties and defendants should be dismissed. 28 U.S.C. § 1915(a). Plaintiffs have failed to make an adequate showing that the previous order of this Court should be altered, amended or that the findings of fact and conclusions of law made by the Magistrate Judge should be overruled.   Therefore, Plaintiffs' motion for reconsideration (Doc. 31) is **OVERRULED and DENIED.**

SO ORDERED, this   28th   day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　**W. Louis Sands, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　**United States District Court**