# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| WAYNE D. ROBERTS, | : |
| Plaintiff, | : |
| v. | : 1:04-CV-135 (WLS) |
| KEVIN ROBERTS, ET. AL., | : |
| Defendant. | : |

# **O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 68), filed February 22, 2008. It is recommended that Defendant Celene Doolittle's motion to dismiss be granted. (Doc. No. 58). It is also recommended that Defendants Kevin Roberts, George Laster and Adrienne Gadson be dismissed from this action as they are not liable to Defendant as a matter of law. Finally, it is recommended that the remaining Defendants' motion for summary judgment be granted. (Doc. No. 61). Plaintiff has not filed an objection and during the briefing of the issues before the Magistrate Judge agreed that Defendants Doolittle, Roberts, Laster and Gadson should be dismissed from the case.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's Doolittle's motion to dismiss (Doc. No. 58) is **GRANTED.** Defendants' motion for summary judgment against the remaining Defendants (Doc. No. 61) is **GRANTED.**

SO ORDERED, this   21st   day of March, 2008.

                                                     /s/W. Louis Sands
                                                **W. Louis Sands, Chief Judge**
                                                **United States District Court**